### In re JAEGER.

### WISCONSIN VALLEY TRUST CO. v. JOHN DEERE PLOW CO.

(Circuit Court of Appeals, Seventh Circuit. May 19, 1922.)

#### No. 3071.

Sales ⬥465—Conditional sale contract eligible for record.

Under St. Wis. 1921, §§ 1684u1–1684u31, a contract of conditional sale, which does not include a stated price for the goods, but does contain a statement of means by which the price shall be determined, is receivable for record.

Appeal from the District Court of the United States for the Western District of Wisconsin.

In the matter of John P. Jaeger, bankrupt; the Wisconsin Valley Trust Company, trustee. From an order of the District Court (284 Fed. 130), granting a petition of the John Deere Plow Company, the trustee appeals. Affirmed.

Brayton E. Smith, of Wausau, Wis., for appellant.
W. H. Churchill, of Milwaukee, Wis., for appellee.

Before BAKER, ALSCHULER, and PAGE, Circuit Judges.

PER CURIAM. On this appeal the only material question is whether a contract of conditional sale, which does not include a stated price for the goods, but which does contain a statement of means by which the price shall be determined, is properly receivable for record under the Wisconsin statute. We approve the affirmative answer given in the opinion of the District Judge (284 Fed. 130), and the decree is accordingly affirmed.

⬥For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes